**Order entered August 25, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01053-CV

### IN RE 3334-3336 ROSEDALE, LLC, Relator

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-05776**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.

/s/     DAVID LEWIS
        JUSTICE